IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> **Plaintiff,** <br><br> v. <br><br> **JOSE A. GARCIA-VENTURA,** <br><br> **Defendant**. | **CRIM. NO. 16-114 (PAD)** |

### ORDER

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Camille L. Vélez-Rivé regarding the Rule 11 proceeding of defendant, José A. Garcia-Ventura (Docket No. 22), to which no objections have been filed. The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty. The plea is therefore accepted and the defendant is adjudged guilty as to count one of the Information.

The court notes that a Presentence Investigation Report was ordered. The parties shall file their sentencing memoranda not later than April 15, 2016. The Sentencing Hearing is set for April 22, 2016, at 10:00 a.m. in Courtroom 3.

**SO ORDERED.**

In San Juan, Puerto Rico, this 5th day of April, 2016.

S/Pedro A. Delgado-Hernández
PEDRO A. DELGADO HERNANDEZ
United States District Judge
